**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ANTHONY L. COOPER,**

    Petitioner,

v.                                       Case No. 3:16cv485-LC/CAS

**STATE OF FLORIDA,**

    Respondent.

_____/

**ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 7) that the case be transferred to the United States District Court for the Middle District of Florida. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). The time for filing objections was extended to December 10, 2016. ECF No. 9. No objections have been filed. Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer the case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** on December 19, 2016.

*s/ L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**